```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 11-531 (JBS) |
| JAMES PRESSLEY, | |
| Defendant. | **ORDER** |

This matter coming before the Court on the motion of Defendant James Pressley to dismiss the indictment [Docket Item 6], the Court having considered the arguments of the parties in favor of and opposing the motion; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __**4th**__ day of **April, 2012** hereby

ORDERED that Defendant's motion to dismiss the indictment is **GRANTED**; the indictment shall be, and it hereby is, **DISMISSED** without prejudice.

                                     **s/ Jerome B. Simandle**
                                     JEROME B. SIMANDLE
                                     Chief U.S. District Judge